Fayegh JADALI, M.D., Ph.D,
Plaintiff—Appellant,

v.

ALAMANCE REGIONAL MEDICAL
CENTER, INCORPORATED,
Defendant—Appellee.

No. 05–2191.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 16, 2006.

Decided Feb. 21, 2006.

Fayegh Jadali, Appellant Pro Se. Stephen Douglas Dellinger, Ogletree, Deakins, Nash, Smoak & Stewart, PC, Charlotte, North Carolina, for Appellee.

Before MICHAEL and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fayegh Jadali appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jadali v. Alamance Regional Med. Ctr., Inc.,* 399 F.Supp.2d 675 (M.D.N.C.2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*